# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162281(61)

OLIVER RAVENELL,
        Plaintiff,
and

NGM INSURANCE COMPANY,
        Plaintiff-Appellant,

v

AUTO CLUB INSURANCE ASSOCIATION,
        Defendant-Appellee.
_____/

SC: 162281
COA: 348436
Wayne CC: 16-006161-NF,

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on February 24, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2021         

                                     Clerk